# O'DEA *v.* CLARK.

---

### APPEAL AND ERROR.

A judgment in an action to recover for goods sold and delivered, *affirmed* on the ground that the issue was one of fact and was properly submitted to the jury, whose verdict was supported by the evidence.

No. 3003.    Submitted March 7, 1917.    Decided April 2, 1917.

HEARING on an appeal by the plaintiff from a judgment of the Supreme Court of the District of Columbia, on verdict, in an action to recover for goods sold and delivered.    *Affirmed.*

The facts are stated in the opinion.

*Mr. James A. O'Shea* and *Mr. John I. Sacks* for the appellant.

*Mr. Albert D. Esher* for the appellee.

Mr. Justice ROBB delivered the opinion of the Court:

This is an appeal from a judgment in the supreme court of the District for the plaintiff, T. Edward Clark, appellee here, upon the verdict of a jury for $121.85, with interest and costs.

The suit originated in the municipal court and was appealed by the defendant, Lawrence A. O'Dea, appellant here.

Plaintiff is in the builders' supply business, and his evidence tended to show that he sold and delivered to the defendant certain materials, and that there was a balance due in the sum recovered. The issue was one of fact, and inasmuch as it was properly submitted to the jury and there was ample evidence to support the verdict, the judgment is affirmed, with costs.

*Affirmed.*